I'm so happy to welcome you to this show that I'll be a part of for the next three shows. I'm such a fan of this show. I can't wait for you all to come and see what it's like to be in this show. I'm really excited. Thank you for the opportunity to be here. Last night's game was really important. For many, all of those times, certain things happened to me that night. The whole point of this game is for these incidents to be final moments of merit and experience of the year. For myself, it was a lot of fun. I had a lot of fun. I was proud to be a part of this show. That's what makes it so important to me. It's good to be a part of the show? Yes, it is. So how are you guys dealing with complaints or what it is that you experienced? We checked our houses all the time. They are very messy. Dealers Very solid. Cause we don't want any of the children to mess here. On this show. We have seen it. We have seen it. Some guys all the time. They are serious. They are very serious. It means a lot. It means a lot. You know, it's hard. It costs a lot of money. It's a lot of money. It's a lot of money. It's a lot of money. It's a lot of money. It's a lot of money. It means a lot. It means a lot. It means a lot. It's a lot of money. It's a lot of money. It means a lot. Two poor kids standing here on our porch  I want two kids on you you in my car. I will do it. Laughing My mom is having a back sandbags My mom is having a back sandbags delivered by an ambulance delivered by an ambulance and a energy from students That's where he comes in for something That's where he comes in for something and misses the break I'm studying on the solitary confinement in New York I'm looking for the clear word to say this law is supposed to secure peace I mean, in Los Angeles, though, this is just law It's a law of safety and probation So you have the information and you serve violation days This is four days It's a law of safety and probation It's your day violation But this is four days And I'm not going to apply that in a case that's too closely pointed because there's a different problem which is that you are going to be able to consider that for a lot of the cases on the floor Maybe the first and most likely is the case in the second circuit which is the court We'll consider it outside in certain cases We'll know how to define it in other cases That's the only way to decide I believe There are cases in New York State where inmates are sitting on mattresses on the floor It doesn't apply to that I don't think it's happening under any circumstances It's a free period of time The facts in that case show that those were made to sleep on mattresses on the floor for less than two days I'd also put out there for you to consider as well so you're able to quote what you're told So I will be looking to consider that of course and as I'm just going to point out this law will stand right down in the United States and will increase the use of sleep on mattresses in New York State and in the United States of America Sure I think that's something to consider because it's often used to suggest that some of these other states are just trying to do that I think the court has found to the contrary and we're talking about the Congress who made a huge point in such a time period in the first circuit that they thought the system was supposed to be optimized for officers to be required so I think we can clearly understand this and I've heard about each of the federal and local laws and just the same cases just being contemplated I agree I agree that both those cases in New York State and in Illinois State it did follow a different sort of way to figure out how to sort of figure out the situation to choose those supporters so I am not sure about the case of your prosecution in one day without seeing you because I have not been able to see you                                                                              and           you right now about what to do in an emergency like this because I am not sure what to           like this because I am not sure what to do right now about what to do in an emergency like this because
judges: Kleinfeld, Rawlinson, Hurwitz